UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:       THOMAS A. TRAVER

CASE NO.: 3:12-bk-03054-JAF

Debtor

_____

## MOTION FOR CONTINUANCE OF AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362 (c)(3)(B)
### (Expedited Hearing Requested)

Debtor, THOMAS A. TRAVER, files this Motion for Continuance of the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B) and as reasons for such would state:

1. The Debtor has filed a previous Chapter 13, Case No.:3:10-bk-03054-JAF which was dismissed in December of 2011. Accordingly, the Debtor has had one case dismissed within one (1) year of filing of the above case.

2. The Debtor seeks to continue the automatic stay as to all creditors with secured claims. The Debtor feels that this case has been filed good faith.

3. As evidence of the good faith of the Debtor, he would show that pursuant to 11 U.S.C. § 362(c)(3)(C)(I):

   (I) There has not been more than one previous case pending under any Chapter of the Bankruptcy Code;

   (II) The Debtor failed to perform the terms of the previous Chapter 13 Plan. However, such failure was not the result of action or inaction by the Debtor.

   (III) Based upon the above, the Debtor requests that the Court continue the automatic stay as to all secured creditors and /or property.

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to Douglas W. Neway, Chapter 13 Trustee, by CM/ECF electronic filing, and to all creditors and interested parties as per the attached Matrix, by U.S. Mail, postage pre-paid, this 11 day of May, 2012.

Law Offices of Mickler & Mickler

By:_____
BRYAN K. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822 / FAX: 725-0855
Florida Bar No. 091790

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:12-bk-03054-JAF<br>Middle District of Florida<br>Jacksonville<br>Thu May 10 17:39:21 EDT 2012 | Thomas A Traver<br>10515 Osprey Nest Dr. W.<br>Jacksonville, FL 32257-1032 | 1st National Bank<br>PO Box 60500<br>City Of Industry, CA 91716-0500 |
| A1 Imaging Centers, LLC<br>Dept 2560<br>PO Box 122560<br>Dallas, TX 75312-2560 | AT&T Con Svc<br>AT&T Credit Manager<br>PO Box 57907<br>Murray, UT 84157 | Aarons Sales and Leasing<br>4316 University Blvd. S.<br>Jacksonville, FL 32216-4910 |
| Alliance One Receivables<br>Management, Inc<br>4850 Street Rd<br>Suite 300<br>Feasterville Trevos, PA 19053-6643 | Alliance One Receivables<br>Management, Inc.<br>PO Box 3111<br>Southeastern, PA 19398-3111 | American Express<br>P O Box 297871<br>Fort Lauderdale, FL 33329-7871 |
| American Express<br>PO Box 981537<br>El Paso, TX 79998-1537 | Bank Of America<br>PO Box 17054<br>Wilmington, DE 19850-7054 | Bank of America<br>4060 Ogletown/Stanton Road<br>DE5-019-03-07<br>Newark, DE 19713 |
| CCS/Bryant State Bank<br>500 E 60th Street N<br>Sioux Falls, SD 57104-0478 | CCS/Bryant State Bank<br>500 E 60th Street North<br>Sioux Falls, SD 57104-0478 | Capital Management Svcs., LP<br>726 Exchange<br>Ste 700<br>Buffalo, NY 14210-1464 |
| Capital One<br>PO Box 650007<br>Dallas, TX 75265-0007 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Chase<br>201 N. Walnut Street<br>Wilmington, DE 19801-2920 |
| Chase Bank<br>PO Box 15298<br>Wilmington, DE 19850-5298 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Credit Collection/USA<br>PO Box 873<br>Morgantown, WV 26507-0873 |
| CreditOne Bank<br>P O Box 98872<br>Las Vegas, NV 89193-8872 | Department Of Education<br>401 S. State Street<br>Room 700 F<br>P O Box 6176<br>Chicago, IL 60605-1229 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | Florida Default Law Group<br>for HSBC Banhk USA<br>P O Box 25018<br>Tampa, FL 33622-5018 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Florida Retina Institute<br>2639 Oak Street<br>Jacksonville, FL 32204-4505 | HSBC<br>c/o ECast Settlement Corp<br>PO Box 35480<br>Newark, NJ 07193-5480 | HSBC Bank<br>PO Box 35480<br>Newark, NJ 07193-5480 |

Heather Traver
10515 Osprey Nest Drive W
Jacksonville, FL 32257-1032

IC Systems Inc.
PO Box 64378
Saint Paul, MN 55164-0378

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jacksonville Physicians Inc
University of Florida
PO Box 44008
Jacksonville, FL 32231-4008

Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211-6860


NCO FINANCIAL SYSTEMS
507 PRUDENTIAL ROAD
HORSHAM, PA 19044-2368

Nuvell/Nat'l Auto Finance
PO Box 2365
Memphis, TN 38101-2365

PRA Receivables
for Portfolio Recovery
PO Box 41067
Norfolk, VA 23541-1067


Palisades
210 Sylvan Avenue
Englewood Cliffs, NJ 07632-2510

Palisades
c/o Vitiv Recovery
P O Box 19249
Sugar Land, TX 77496-9249

Shands Jacksonville
655 W. 8th Street
Jacksonville, FL 32209-6596


Shell/Citibank
PO Box 6497
Sioux Falls, SD 57117-6497

Southwest Credit
4120 International Pkwy
Suite 100
Carrollton, TX 75007-1958

Southwest Credit Sys.
4120 International Parkway
Suite 1100
Carrollton, TX 75007-1958


The Rawlings Company, LLC
PO Box 2000
La Grange, KY 40031-2000

Truliant Federal Credit Unio
3200 Truliant Way
Winston Salem, NC 27103-5778

UF/Jax Faculty Practice
P O Box 44008
Jacksonville, FL 32231-4008


US Dept. of Education
PO Box 4169
Greenville, TX 75403-4169

United States Attorney
300 North Hogan St Suite 700
Jacksonville, FL 32202-4204

University of Florida, Jax
Jacksonville Physicians, Inc
P.O. Box 44008
Jacksonville, FL 32231-4008


Wells Fargo
3476 Stateview Blvd
Fort Mill, SC 29715-7200

Wells Fargo Bank
Auto Finance Group Leasing
PO Box 29704
Phoenix, AZ 85038-9704

Albert H. Mickler +
5452 Arlington Expressway
Jacksonville, FL 32211-6800


Bryan K. Mickler +
5452 Arlington Expressway
Jacksonville, FL 32211-6860

United States Trustee - JAX 13/7 7+
135 W Central Blvd Suite 620
Orlando, FL 32801-2440

Douglas W. Neway +
P O Box 4308
Jacksonville, FL 32201-4308


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One
PO Box 85520
Internal Zip 12030-163
RICHMOND, VA 23285-5520

Discover Card
PO Box15316
Att:Cms/Prod Develop
Wilmington, DE 19850-5316

(d)Discover Financial Svcs.
PO Box 15316
ATT: CMS/PRO DEVELOP
Wilmington, DE 19850

Internal Revenue Service
P O Box 21126
Philadelphia, PA 19114-0326

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Jerry A. Funk
Jacksonville

(d)American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

(d)American Express
PO Box 297871
Fort Lauderdale, FL 33329-7871

End of Label Matrix
Mailable recipients    56
Bypassed recipients     3
Total                  59