[3C104] [O/G Motion To Extend Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:12-bk-03054-JAF
Chapter 13

Thomas A Traver
aka Thomas Allen Traver

_____Debtor(s)_____/

## ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY

**THIS CASE** came for hearing on May 29, 2012, to consider the Motion to Extend the Automatic Stay filed by the Debtor(s). It appears that a case filed by the Debtor(s) was pending within the one-year period preceding the filing of the current case. The Motion presently under consideration, therefore, requests that the Automatic Stay be Extended as to all creditors pursuant to section 362(c)(3)(B) of the Bankruptcy Code.

The Debtor(s) demonstrated that the above-captioned case was filed in good faith as to the affected creditors, and that the Stay should be Extended as to all creditors pursuant to section 362(c)(3)(B) of the Bankruptcy Code. Accordingly, it is

**ORDERED**:

The Motion to Extend the Automatic Stay is granted, and the Automatic Stay is extended as to all creditors pursuant to section 362(c)(3)(B) of the Bankruptcy Code.

Dated June 1, 2012.

_[signature]_

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
All Creditors