IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Thomas A Traver

        Debtor(s).                                        CASE NO.       12-03054-JAF
                                                                                 CHAPTER       13
_____/

## NOTICE OF MORTGAGE MEDIATION

NOTICE IS HEREBY GIVEN that Mortgage Mediation pursuant to Mortgage Modification Mediation Order shall be held as follows:

        Date and Time:        July 26, 2012 at 10:00 AM

        Location:        Friedline & McConnell, P.A.
                1756 University Boulevard S.,
                Jacksonville, FL 32216-8929

        Mediator:        Jerrett McConnell

                Ronald R Wolfe & Associates, P.L.
                Post Office Box 25018
                Tampa, FL 33622-5018
                (813) 251-4766 Ext: 3025
                Fax: 813-251-1541
                Email: bkatt@wolfelawfl.com

                By: /s/ MARIE D. CAMPBELL
                Marie D. Campbell
                Florida Bar No. 0543357
                ATTORNEY FOR HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1

B12008432

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Notice of Mortgage Mediation has been furnished by regular U. S. Mail to all parties listed below on this 15 day of June, 2012.

Thomas A Traver
10515 Osprey Nest Dr. W.
Jacksonville,  FL  32257

      I HEREBY CERTIFY that a copy of the foregoing Notice of Mortgage Mediation has been furnished by Electronic Mail to all parties listed below on this 15 day of June, 2012.

Albert H Mickler
cmickler_32277@yahoo.com
5452 Arlington Expressway
Jacksonville,  FL  32211

Douglas W. Neway, Trustee
trustee@mldavisch13.com
P. O. Box 4308
Jacksonville,  FL  32201

Jerrett McConnell, Mediator
Friedline & McConnell, P.A.
1756 University Boulevard S.,
Jacksonville, FL 32216-8929
jmcconnell@fandmlaw.com

 

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3025
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ MARIE D. CAMPBELL
Marie D. Campbell
Florida Bar No. 0543357
ATTORNEY FOR HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1

B12008432