IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**Thomas A Traver**

    Debtor(s).             CASE NO.    12-03054-JAF
                              CHAPTER    13

_____/

**CERTIFICATION OF SETTLEMENT AUTHORITY**

Comes now, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1, its successors and/or assigns, does hereby certify as follows:

1. Mediation has been scheduled in this case as ordered.

2. The HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1 representative(s) who will attend the mediation are follows:

    Alicia Vaughn
    3480 Stateview Blvd
    Fort Mill, SC 29715
    MAC X7081-015
    803-396-6568
    alicia.vaughn@wellsfargo.com

    George Rouse
    3480 Stateview Blvd
    Fort Mill, SC 29715
    MAC X7081-015
    803-396-6324
    George.rouse@wellsfargo.com

    Nancy Kornhauser
    3480 Stateview Blvd
    Fort Mill, SC 29715
    MAC X7081-015
    803-396-6796
    Nancy.l.kornhauser@wellsfargo.com

    Jeremy Branson
    3480 Stateview Blvd
    Fort Mill, SC 29715
    MAC X7081-015
    803-396-4391
    Jeremy.r.branson@wellsfargo.com

    Nicolas A. Moreno
    3480 Stateview Blvd
    Fort Mill, SC 29715
    MAC X7081-015
    803-396-4215
    Nicolas.a.moreno@wellsfargo.com

    Victor H. Hernandez
    3480 Stateview Blvd
    Fort Mill, SC 29715
    MAC X7081-015
    855-608-9471
    Victor.h.hernandez@wellsfargo.com

3. It has been confirmed that the above designated representatives have full settlement authority.

4. Creditor may have an alternative representative not specifically listed above attend the mediation if unforeseen circumstances prevent a named representative from attending.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3025
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ MARIE D. CAMPBELL
MARIE D. CAMPBELL
Florida Bar No. 0543357
ATTORNEY FOR HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1

<u>CERTIFICATE OF SERVICE</u>

  I HEREBY CERTIFY that a copy of the foregoing Certification of Settlement Authority has been furnished by regular U. S. Mail to all parties listed below on this 10 day of July, 2012.

Thomas A Trever
10515 Osprey Nest Dr. W.
Jacksonville, FL 32257

  I HEREBY CERTIFY that a copy of the foregoing Certification of Settlement Authority has been furnished by Electronic Mail to all parties listed below on this 10 day of July, 2012.

Albert H Mickler, Debtor's Counsel
5452 Arlington Expressway
Jacksonville, FL 32211
cmickler_32277@yahoo.com

Douglas W. Neway, Trustee
P. O. Box 4308
Jacksonville, FL 32201
trustee@mldavisch13.com

Jerrett McConnell, Mediator
Friedline & McConnell, P.A.
1756 University Boulevard S.,
Jacksonville, FL 32216-8929
jmcconnell@fandmlaw.com

                Ronald R Wolfe & Associates, P.L.
                Post Office Box 25018
                Tampa, FL 33622-5018
                (813) 251-4766 Ext: 3025
                Fax: 813-251-1541
                Email: bkatt@wolfelawfl.com

                By: <u>/s/ MARIE D. CAMPBELL</u>
                MARIE D. CAMPBELL
                Florida Bar No. 0543357
                ATTORNEY FOR HSBC BANK USA, NATIONAL
                TRUST COMPANY, AS TRUSTEE FOR THE
                HOLDERS OF MASTR REPERFORMING LOAN
                TRUST 2006-1