IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Thomas A Traver

    Debtor(s).

CASE NO. 12-03054-JAF
CHAPTER 13

_____/

## OBJECTION TO CONFIRMATION

    COMES NOW, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1, a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor(s)' proposed Chapter 13 Plan. In support thereof, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1 alleges the following:

    1.    The Debtor's plan reflects that the arrearage is $20,000.00, when in fact the arrearage is of $23,861.37, pursuant to Claimant's Proof of Claim.

    2.    The Debtor's plan reflects the mortgage payment as $939.60, when in fact the mortgage payment is $984.32, pursuant to Claimant's Proof of Claim.

    3.    The Debtor has filed a Motion for Referral to Mortgage Modification Mediation, which was subsequently granted by the court on May 18, 2012. Should the mediation result in all parties agreeing to the terms of the modification, and the modification has been executed by all parties, Claimant will amend their Proof of Claim, as necessary, pursuant to the new terms of the modification. As of this time, there has been no modification and the Debtor is bound to the original terms of the note and mortgage executed on or about August 27, 2003.

    4.    As a result of the necessity of preparing and filing this Objection to Confirmation, Claimant has incurred additional attorney fees.

WHEREFORE, HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1 prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3025
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ MARIE D. CAMPBELL
Marie D. Campbell
Florida Bar No. 0543357
ATTORNEY FOR HSBC BANK USA, NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE HOLDERS OF MASTR REPERFORMING LOAN TRUST 2006-1

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 31 day of August, 2012.

Thomas A Traver
10515 Osprey Nest Dr. W.
Jacksonville, FL   32257

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 31 day of August, 2012.

Albert H Mickler
cmickler_32277@yahoo.com
5452 Arlington Expressway
Jacksonville, FL   32211

Douglas W. Neway, Trustee
trustee@mldavisch13.com
P. O. Box 4308
Jacksonville, FL   32201

                                      Ronald R Wolfe & Associates, P.L.
                                      P.O. Box 25018
                                      Tampa, Florida   33622-5018
                                      Phone   (813) 251-4766
                                      Fax   (813) 251-1541

                                      By:   /s/   MARIE D. CAMPBELL
                                          MARIE D. CAMPBELL
                                          FLORIDA BAR NO. 0543357
                                          ATTORNEY FOR HSBC BANK USA,
                                          NATIONAL TRUST COMPANY, AS
                                          TRUSTEE FOR THE HOLDERS OF MASTR
                                          REPERFORMING LOAN TRUST 2006-1