UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
THOMAS A TRAVER

3:12-bk-03054-JAF  
Chapter 13

_____Debtor____/

## ORDER DISMISSING CHAPTER 13 CASE
## FOR FAILURE TO MAKE INTERIM PAYMENTS

The Court entered an Order on September 14, 2012 giving the Debtor until November 11, 2012 to bring all payments current and continue making their monthly plan payments, failing which the Trustee was to file an Affidavit of Default. As evidenced by the Affidavit of the Trustee, the Debtor has failed to comply with the terms of the Order.

Accordingly

**IT IS ORDERED**:

1. This case is dismissed without prejudice and the automatic stay imposed by 11 U.S.C.§362 and the stay of action against co-debtor by 11 U.S.C.§1301 are lifted subject to paragraph 3 below.

2. The Trustee shall refund all funds on hand, if any, to the Debtor subject to the Trustee's percentage fee, unless otherwise ordered by this court.

3. The effective date of this order is delayed fourteen (14) days to permit the Debtor to convert this case to another chapter under the Bankruptcy Code, if the Debtor wishes to do so.

4. If the Debtor files a motion to vacate the Order Dismissing the Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. §362 and the stay of action against co-debtor by 11 U.S.C. §1301 will remain in full force and effect until the Court rules on the Motion as filed.

5. All pending Chapter 13 hearings are canceled, except for any Order to Show Cause hearings the Court has set.

DATED this November ___15___, 2012 in Jacksonville, Florida.

_____
JERRY A. FUNK
**United States Bankruptcy Judge**

Copies furnished to:
All Interested Parties