UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: THOMAS A TRAVER,

CASE NO.: 3:12-bk-3054 JAF

Debtor.

## MOTION TO CONVERT TO CHAPTER 7

The Debtor, by and through his undersigned attorney, moves to convert this case to a Chapter 7 case. In support, the debtor would state that after a review of his financial and medical situation, he is unable to make the required Chapter 13 payments.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof was furnished to Douglas W. Neway, Chapter 13 Trustee, by CM/ECF delivery this 20th day of November, 2012.

Bryan K. Mickler
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822
Florida Bar No. 091790
FAX (904) 725-0855