[3206] [Notice of Conversion to Ch 7 from Ch 13]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:12−bk−03054−JAF
                                                                        Chapter 7

Thomas A Traver
aka Thomas Allen Traver
10515 Osprey Nest Dr. W.
Jacksonville, FL 32257




_____Debtor(s)_____/


NOTICE OF CONVERSION OF CASE TO CHAPTER 7, SETTING
341 MEETING, APPOINTMENT OF TRUSTEE
AND ESTABLISHING BAR DATES


   Debtor(s) filed a voluntary petition under Chapter 13 of the Bankruptcy Code on May 4, 2012 . Debtor(s) have filed a Notice pursuant to 11 U.S.C §1307(a) to convert to a case under Chapter 7 of the Bankruptcy Code, and this case is now converted pursuant to Fed. R. Bank. P. 1017(d).


   NOTICE is given of the following:


   1. This case is converted to Chapter 7 of the Bankruptcy Code and administration will commence in that Chapter.

   2. The Chapter 13 Trustee and his surety are discharged except as to liability incurred before this Notice. The Trustee shall refund all funds on hand, if any, to the debtor subject to the Trustee's percentage fee, unless otherwise ordered by the court.

   3. The U.S. Trustee has appointed Aaron R. Cohen as the Chapter 7 Trustee, whose address is:

                          Aaron R. Cohen
                          P.O. Box 4218
                          Jacksonville, FL 32201−4218

   4. An additional meeting of creditors pursuant to 11 U.S.C. §341 shall be held on January 3, 2013 at 1:00 p.m. at 300 North Hogan Street Suite 1−200, Jacksonville, Florida 32202.

   5. March 4, 2013 is fixed as the last day for filing of a complaint objecting to the discharge of the debtor(s) or seeking an exception to discharge under 11 U.S.C. §523(a)(2), (4) or (6). If no such complaint is timely filed, the discharge will be granted and will encompass all otherwise non−dischargeable debts.

   6. The trustee in the superseded Chapter 13 case shall, within thirty (30) days of the entry of this notice, file a full report and account.

7. The debtor in accordance with Fed. R. Bank. P. 1019(5) shall, within fourteen (14) days of the entry of this notice, file: (a) a separate schedule listing all unpaid debts incurred after commencement of the Chapter 13 case, including the name and address of each creditor, (b) a schedule of all properties acquired after the commencement of the Chapter 13 case but before the entry of the order of confirmation and entry of this notice of conversion (if applicable), (c) a schedule of all executory contracts and unexpired leases entered into or assumed after the commencement of the Chapter 13 case, but before the entry of this conversion notice.

8. Any creditor who has filed a proof of claim in the Chapter 13 case is not required to file a proof of claim in the converted Chapter 7 case. All other creditors must file a proof of claim on or before April 3, 2013.

9. The debtor(s) shall serve a copy of the Statement of Social Security Number(s) (Form B21 Official Form 21) on the newly appointed trustee within seven(7) days of the entry of this notice.

Dated November 26, 2012.

    For the Court
    Lee Ann Bennett, Clerk of Court
    300 North Hogan Street Suite 3–350
    Jacksonville, FL 32202

Copies furnished to:
All Interested Parties