UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: THOMAS A TRAVER

Debtor.

CASE NO.: 3:12-bk-3054
Chapter 7

## NOTICE OF FILING AMENDED SUMMARY OF SCHEDULES

The Debtor files an Amended Summary of Schedules because additional creditors were added to Schedule F.

## DECLARATION CONCERNING AMENDED SUMMARY OF SCHEDULES

I declare under penalty of perjury that I have read the foregoing Amended Summary of Schedules, consisting of 3 sheets including this page, and that it is true and correct to the best of my knowledge, information and belief.

Date: 12-15-12     SIGNATURE: _____
                                THOMAS A. TRAVER

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a copy of the foregoing was furnished to Aaron Cohen, Esq., Chapter 7 Trustee, by electronic delivery (CMECF) this 19th day of December 2012.

_____
ALBERT H. MICKLER
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, FL 32211
(904) 725-0822/FAX: 725-0855
Florida Bar No. 168960

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: **Thomas A Traver**, Debtor

Case No. **3:12-bk-03054**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 107,100.00 | | |
| B - Personal Property | Yes | 3 | 30,685.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 115,491.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 18,898.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 223,602.70 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,365.88 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,046.50 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 137,785.00 | | |
| Total Liabilities | | | | 357,991.70 | |

# United States Bankruptcy Court
## Middle District of Florida

In re  Thomas A Traver

Debtor

Case No.  3:12-bk-03054

Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 14,539.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 14,539.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,365.88 |
| Average Expenses (from Schedule J, Line 18) | 3,046.50 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,010.13 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 8,091.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 18,898.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 223,602.70 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 231,693.70 |