UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:    THOMAS A. TRAVER

CASE NO.: 3:12-bk-03054-JAF

Debtor

## ORDER GRANTING DEBTOR'S MOTION FOR APPROVAL OF MODIFICATION AGREEMENT

This case is before the Court on the Debtor's Motion for Approval of Modification Agreement with Wells Fargo Bank, N.A. At the hearing, it is

**ORDERED:**

1) The Debtor's Motion for Approval of Modification Agreement is granted.

2) The Debtor may enter into a loan modification with Wells Fargo Bank, N.A.

3) The loan modification supersedes the proof of claim number six (6) filed by HSBC Bank USA, N.A., c/o Wells Fargo Bank, N.A. and the claim in no longer valid.

DATED this __10__ day of April, 2013, at Jacksonville, Florida.

JERRY A FUNK
United States Bankruptcy Judge

Copies furnished to:
Debtor
Bryan K. Mickler
Aaron R. Cohen, Chapter 7 Trustee
Wells Fargo Bank, N.A., c/o John Stumpf, Chairman/CEO/Managing Agent, 101 N. Phillips Avenue, Sioux Falls, SD 57104
HSBC Bank USA, N.A., c/o Irene Dorner, Chairman/CEO/President/Managing Agent, 1800 Tysons Blvd., McLean, VA 22102
Marie D. Campbell, Esquire, Attorney of Record for HSBC Bank USA, N.A., P O Box 25018, Tampa, Florida 33622-5018